IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3140 |
| vs. | |
| CESAR NAPOLEON GRANADOS-VARGAS, | ORDER |
| Defendant. | |

    Defendant has moved to continue Defendant's status hearing. (Filing No. 22). As explained by counsel, Defendant needs additional time to investigate facts which may impact the potential sentence before deciding whether to enter a plea of guilty. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1) Defendant's motion to continue the status conference, (Filing No. 22), is granted.

2) A status hearing will be held before the undersigned magistrate judge at 2:30 p.m. on March 22, 2018 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant, defense counsel, and counsel for the government shall be present at the hearing.

3) The court finds that the time between today's date and March 22, 2018 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a

miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge